| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Truevision Complete Eye Care, PA

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  4 7 – 4 0 7 2 3 5 8

4. **Debtor's address**

   **Principal place of business**
   911 Wynnewood Village
   Number    Street

   Dallas     TX    75224
   City      State  ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City      State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City      State  ZIP Code

5. **Debtor's website (URL)**  truevisioneyecare.net

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Truevision Complete Eye Care, PA**                                    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    6   2   1   3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Truevision Complete Eye Care, PA** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
              MM / DD / YYYY
           Case number, if known _____

           Debtor _____ Relationship _____
           District _____ When _____
              MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Truevision Complete Eye Care, PA** _____ Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____
City   State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Truevision Complete Eye Care, PA** _____   Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/12/2024**
MM / DD / YYYY

X **/s/ Iredia Joe Ekukpe**
Signature of authorized representative of debtor
**Iredia Joe Ekukpe**
Printed name
**Owner**
Title

**18. Signature of attorney**

X **/s/ Joyce W. Lindauer**   Date **01/12/2024**
Signature of attorney for debtor         MM / DD / YYYY

**Joyce W. Lindauer**
Printed name
**Joyce Lindauer**
Firm name
**Joyce W. Lindauer Attorney, PLLC**
Number       Street
**1412 Main Street, Suite 500**

**Dallas**                         **TX**         **75202**
City                               State         ZIP Code

**(972) 503-4033**                 **joyce@joycelindauer.com**
Contact phone                      Email address
**21555700**                       **TX**
Bar number                         State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:   **Truevision Complete Eye Care, PA**                                                    CASE NO

                                                                                                                               CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/12/2024                                                            Signature  /s/ Iredia Joe Ekukpe
                                                                                                      *Iredia Joe Ekukpe*
                                                                                                      *Owner*

Date  _____                              Signature  _____

```
Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Bankers Health Group
PO Box 332509
Murfreesboro, TN 37133-2509


BHG (Bank of the West)
4100 William D. Tate
Grapevine, TX 76051


Brixmor Holdings 12 SPE, LLC
3333 Preston Road, Suite 1400
Frisco, TX 75034


Brixmor Property Group
3333 Preston Road, Suite 1400
Frisco, TX 75034


Bryn Mawr Equipment Finance, Inc.
801 W. Lancaster Avenue
Bryn Mawr, PA 19010


Chase Bank
PO Box 6294
Carol Stream, IL 60197-6294


Chase Bank
PO Box 78039
Phoenix, AZ 85062-8039


Colors in Optics, Ltd.
366 Fifth Avenue, Suite 804
New York, NY 10001
```

```
Comerica Bank
PO Box 650282
Dallas, TX 75265-0282


Comerica Bank
39200 Six Mile Road, MC 7578
Livonia, MI 48152


CT Corporation System, as Representative
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203


Essilor / Nassau Lens Co.
PO Box 814109
Dallas, TX 75381-4109


Forward Financing LLC
53 State St. 20th Floor
Boston, MA 02109


Hanmi Bank
1920 Main Street
Suite 1140
Irvine, CA 92614


Idealoptics
1290 Maplelawn
Troy, MI 48084


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346
```

```
International Optical Brokers
PO Box 454
Colleyville, TX 76034



J. Robin Lindley
Buck Keenan LLP
2229 San Felipe Road
Suite 1000
Houston, TX 77019

Kapitus
2500 Wilson Blvd., Suite 350
Arlington, VA 22201



Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Luxottica of America, Inc.
12 Harbor Park Drive
Port Washington, NY 11050



North Mill Equipment Finance
81 Throckmorton Avenue
Suite 203
Mill Valley, CA 94941


On Deck
4700 W. Daybreak Parkway
Suite 200
South Jordan, UT 84009


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001
```

```
U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242
```