**Fill in this information to identify the case:**

Debtor Name TRUEVISION COMPLETE EYE CARE P.A.

United States Bankruptcy Court for the: Northern District of Texas

Case number: 24-30108

☐ Check if this is an amended filing

---

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11          12/17

| | | |
|---|---|---|
| Month: MARCH | Date report filed: | 03/17/2024 MM / DD / YYYY |
| Line of business: HEALTHCARE/OPTOMETF | NAISC code: | 6213 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                      MONICA TAVERA

Original signature of responsible party  _[signature]_

Printed name of responsible party        MONICA TAVERA

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name TRUEVISION COMPLETE EYE CARE P.A.          Case number 24-30108

17. Have you paid any bills you owed before you filed bankruptcy?          ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 13,117.95

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ 68,481.98

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          − $ 58,583.60

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $ 9,898.38

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.          = $ 23,016.33

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 0.00

*(Exhibit E)*

Debtor Name  TRUEVISION COMPLETE EYE CARE P.A.  Case number 24-30108

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          7
27. What is the number of employees as of the date of this monthly report?             7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00
30. How much have you paid this month in other professional fees?                                         $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                        $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | Projected | − | Actual | = | Difference |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A |
| 32. **Cash receipts** | $ 80,000.00 | − | $ 68,481.98 | = | $ 11,518.02 |
| 33. **Cash disbursements** | $ 74,600.00 | − | $ 58,583.60 | = | $ 16,016.40 |
| 34. **Net cash flow** | $ 5,400.00 | − | $ 9,898.38 | = | $ -4,498.38 |

35. Total projected cash receipts for the next month:                            $ 80,000.00
36. Total projected cash disbursements for the next month:                      − $ 74,600.00
37. Total projected net cash flow for the next month:                           = $ 5,400.00

Debtor Name  TRUEVISION COMPLETE EYE CARE P.A.                    Case number 24-30108

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

TRUEVISION COMPLETE EYE CARE P.A,

CASE# 24-30108

EXHIBIT A

5. The DIP Account was not opened until 03/06/2024.

EXHIBIT B

10. We still have our original bank accounts open due to insurance deposits and credit card deposits being paid into those accounts.

EXHIBIT C

ATTACHED: Profit and Loss Report

EXHIBIT D

ATTACHED: End of Month Expense Report

Exhibit C

TRUEVISION COMPLETE EYE CARE P.A.

911 WYNNEWOOD VILLAGE

DALLAS, TEXAS 75224

**47-4072358**

MARCH 01, 2024 THRU MARCH 31, 2024 -- PROFIT/LOSS REPORT

**INCOME**

COMERICA BANK DEPOSITS

| | |
|---|---|
| VSP: | 6,120.30 |
| BLOCKVISION: | 11,300.29 |
| TMHP: | 803.32 |
| DAVIS: | 625.50 |
| SUPERIOR: | 1,033.50 |
| ADMIN: | 0 |
| OTHER: | 0.12 |
| FSL: | 777.54 |
| ANTHEM: | 0 |
| FAA: | 1,863.84 |
| EYEMED: | 438.42 |
| MEDICARE: | 0 |
| AETNA: | 0 |
| AVESIS: | 7,563.52 |
| SPECTERA: | 2,012.40 |
| ENVOLVE: | 2,623.91 |
| UNITED HEALTH CARE: | 61.62 |
| MOLINA: | 0 |
| **TOTAL:** | **35,224.28** |

1

| | |
|---|---|
| CHASE CC DEPOSITS: | 33,257.70 |
| CASH PAYMENTS: | 0 |
| **TOTAL INCOME:** | 68,481.98 |
| TOTAL EXPENSES: | -58,583.60 |
| **NET INCOME:** | **9,898.38** |

2



Exhibit D

TRUEVISION COMPLETE EYE CARE P.A.

911 WYNNEWOOD VILLAGE

DALLAS, TEXAS 75224

**47-4072358**

MARCH 01, 2024 THRU MARCH 31, 2024 -- END OF MONTH

**ALARM SYSTEM**

BMA MONITORING:                     **129.68**

**BANK CHARGES**

COMERICA FEES:                      16.85

CHASE FEES:                         25.00

BHG FEES:                           0

ADP FEES:                           206.51

ADP CC PROCESSOR FEE:               328.97

**TOTAL:**                          **577.33**

**DUES/LICENSES/CE/SUBSC./ADS**

DMV ADVERTISING:                    **0**

CE HOUSTON:                         **0**

CHASE CHECK ORDER FOR DIP ACCT.:    **91.85**

TX OPTOMETRY:                       **0**

DEA REGISTRATION:                   **0**

EQUIPMENT PYMT:                     **1,022.52**

**EMPLOYEE IRA PLAN**

ADP IRA PLAN:                       **410.16**

**ENTERTAINMENT**

EMPLOYEE FUNCTIONS:                 **0**

**INDEPENDENT CONTRACTOR**

DR. KELVIN GARNER:                  **13,410.53**

**INSURANCE**

| HANOVER INS. POLICY: | 0 |
| --- | --- |

**OFFICE EXPENSES**

| NASSAU LAB: | 0 |
| --- | --- |
| EYEFINITY (OFFICEMATE): | 281.33 |
| HOYA LAB: | 0 |
| HILCO LAB: | 0 |
| CHESAPEAKE LAB: | 0 |
| DAVIS LAB: | 0 |
| ESSILOR LAB: | 0 |
| PIVOTAL LAB: | 1.00 |
| JSG ARNOLD ACCOUNTING: | 0 |
| **TOTAL:** | **282.33** |

**POSTAGE/SHIPPING**

| USPS: | 0 |
| --- | --- |

**PRINTING**

| BHG (COPIES): | 0 |
| --- | --- |
| OC PRINTING: | 0 |

**RENT**

| BRIXMOR LLC: | 6,881.91 |
| --- | --- |

**REPAIRS & MAINTENANCE**

| HOME DEPOT: | 0 |
| --- | --- |
| PHONE: | 0 |
| COMPUTER: | 0 |

**EQUIPMENT**

| CAMERA: | 0 |
| --- | --- |

**SALARIES/WAGES**

| | |
|---|---|
| EMPLOEE PAYROLL: | 23,247.65 |
| EMPLOYEE TAXES: | 7,117.14 |
| **TOTAL:** | **30,364.79** |

**SUPPLIES**

| | |
|---|---|
| ALBERTSONS: | 0 |
| OFFICE DEPOT: | 94.76 |
| CIBAVISION/ALCON: | 2,561.45 |
| VISTAKON/ACUVUE: | 0 |
| COOPERVISION: | 108.00 |
| PROGRESSIVE TECH: | 0 |
| SAMS CLUB: | 223.15 |
| IDEALOPTICS: | 0 |
| INTERN. OPTICAL: | 375.00 |
| LUXOTTICA: | 0 |
| NEW YORK EYE: | 522.56 |
| COLORS IN OPTICS: | 0 |
| AMAZON (SUPPLIS): | 9.99 |
| BAUSCH&LOMB: | 0 |
| EL RANCHO: | 3.22 |
| SMILEN EYEWEAR: | 0 |
| EYECARE/CURE: | 0 |
| CUSTOMEYE SPRAY: | 0 |
| OPTISOURCE CASES: | 0 |
| LOMBART: | 0 |
| WALMART: | 0 |
| KROGER: | 0 |

3

| | |
|---|---|
| LITESOURCE/ADVANCE EYECARE: | 0 |
| MAXWELL: | 0 |
| EBAY: | 0 |
| MBS COMM: | 0 |
| **TOTAL:** | 3,898.13 |
| **TAXES** | |
| PROPERTY TAXES: | **0** |
| **TELEPHONE/INTERNET** | |
| SPECTRUM: | 426.37 |
| T-MOBILE: | 0 |
| **TOTAL:** | 426.37 |
| **UTILITES** | |
| DALLAS WATER: | 0 |
| ATMOS GAS: | 0 |
| BRIXMOR ELECTRIC: | 0 |
| **TOTAL:** | 0 |
| **WASTE REMOVAL** | |
| CORP TRASH: | 88.00 |
| **US TRUSTEE PAYMENT:** | 1,000.00 |

**GRAND TOTAL:**          58,583.60

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 06, 2024 through March 29, 2024

Account Number:        9306



00093274  1 AV 00.507

00093274 DRE 201 142 09024 NNNNNNNNNNN T  1 000000000 60 0000
TRUEVISION COMPLETE EYE-CARE P A
DEBTOR IN POSSESSION
CASE NO 24-30108
911 WYNNEWOOD VILLAGE SHP CTR
DALLAS TX 75224-1833

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## Good news: We've eliminated the non-Chase ATM fee for inquiries and transfers

As of December 10, 2023, we no longer charge the $3 transaction fee for each balance inquiry or balance transfer made at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM, unless your account is eligible for a waiver.[1]

Surcharge fees from the ATM owner/network may still apply. We don't charge these fees when you use a Chase ATM.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]We waive this fee for Chase Business Complete Checking® accounts with Chase Military Banking Benefits, Chase Platinum Business$^{SM}$ Checking, Chase Performance Business Checking® and Chase Analysis Business Checking$^{SM}$ accounts.

## CHECKING SUMMARY    Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 2 | 1,600.00 |
| Electronic Withdrawals | 1 | -91.85 |
| Ending Balance | 3 | $1,508.15 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Online Transfer From Chk ...2027 Transaction#: 20075807754 | $100.00 |
| 03/22 | Online Transfer From Chk ...2027 Transaction#: 20231869888 | 1,500.00 |
| **Total Deposits and Additions** | | **$1,600.00** |



March 06, 2024 through March 29, 2024

Account Number:                    9306

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/12 | Orig CO Name:Deluxe Bus Sys.      Orig ID:1411877307 Desc Date:240311 CO Entry Descr:Bus Prods Sec:CCD   Trace#:042000011332644 Eed:240312  Ind ID:15956810 Ind Name:Iredia Ekukpe Trn: 0721332644Tc | $91.85 |

| | |
|---|---|
| **Total Electronic Withdrawals** | **$91.85** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/06 | $100.00 |
| 03/12 | 8.15 |
| 03/22 | 1,508.15 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



## Statement of Account



80735

TRUEVISION COMPLETE EYE CARE P A
911 WYNNEWOOD VILLAGE
DALLAS TX 75224

### *Basic Business Checking* statement

**March 1, 2024** to **March 31, 2024**
Account number      7702

## Account summary

**To contact us**

**Call**
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

| | |
|---|---:|
| **Beginning balance on March 1, 2024** | **$11,998.04** |
| *Plus deposits* | |
| Electronic deposits | $30,526.35 |
| Paper deposits | $20,697.93 |
| *Less withdrawals* | |
| ATM/Debit Card withdrawals | -$4,070.19 |
| Electronic (EFT) withdrawals | -$37,180.26 |
| Other withdrawals | -$2,000.00 |
| Fees and service charges | -$9.90 |
| **Ending balance on March 31, 2024** | **$19,961.97** |

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

502738.3-644.2



## Statement of Account

**Basic Business Checking statement**
March 1, 2024 to March 31, 2024

### *Basic Business Checking* account details:      702

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Mar 01 | 2,483.90 | Vision Service P Corp Pymnt 9407536120 | | 9488990116 |
| Mar 01 | 1,334.50 | Block Vision Of Hcclaimpmt 091000019645892 | | 9488178548 |
| Mar 01 | 290.03 | Tmhp Hcclaimpmt 240224 318387301 | | 9488719554 |
| Mar 01 | 135.25 | Superior Vision Hcclaimpmt 091000019639189 | | 9488183933 |
| Mar 04 | 240.00 | Fsl Admin Faa 1006941627 031805322024030 | | 9488737158 |
| Mar 05 | 883.52 | Block Vision Of Hcclaimpmt 091000010057524 | | 9488430258 |
| Mar 06 | 230.00 | Faa Admin 1006957836 031995142024030 | | 9488977848 |
| Mar 07 | 2,033.13 | Avesis Third Par Avesis Thi | | 9488493250 |
| Mar 07 | 788.18 | Block Vision Of Hcclaimpmt 091000010597878 | | 9488506958 |
| Mar 07 | 150.00 | Faa Admin 1006967332 032100402024030 | | 9488419633 |
| Mar 07 | 15.00 | Eyemed Vision 1006966937 032100392024030 | | 9488419621 |
| Mar 08 | 697.24 | Block Vision Of Hcclaimpmt 091000010719750 | | 9488465814 |
| Mar 08 | 150.32 | Tmhp Hcclaimpmt 240301 318387301 | | 9488463207 |
| Mar 08 | 149.00 | Superior Vision Hcclaimpmt 091000010716482 | | 9488851770 |
| Mar 11 | 619.28 | Vision Service P Corp Pymnt 9407545454 | | 9488106752 |
| Mar 11 | 294.54 | Fsl Admin Faa 1006984432 032414722024030 | | 9488402420 |
| Mar 11 | 265.50 | Davis Vision Hcclaimpmt 091000010776530 | | 9488431856 |
| Mar 12 | 1,567.49 | Block Vision Of Hcclaimpmt 091000012671476 | | 9488146771 |
| Mar 12 | 105.00 | Faa - Cigna 1006993735 032474412024031 | | 9480092392 |
| Mar 13 | 121.25 | Superior Vision Hcclaimpmt 091000012735015 | | 9488366012 |
| Mar 13 | 40.15 | Faa Admin 1007002414 032621172024031 | | 9488577617 |
| Mar 14 | 1,630.13 | Avesis Third Par Avesis Thi | | 9488693608 |
| Mar 14 | 1,124.99 | Block Vision Of Hcclaimpmt 091000012814391 | | 9488698535 |
| Mar 14 | 287.91 | Eyemed Vision 1007011313 032735662024031 | | 9488743475 |
| Mar 14 | 211.00 | Faa Admin 1007011515 032735672024031 | | 9488743499 |
| Mar 15 | 100.69 | Faa - Vision 1007019119 032827332024031 | | 9488501136 |
| Mar 18 | 534.35 | Block Vision Of Hcclaimpmt 091000012968589 | | 9488610453 |
| Mar 18 | 480.00 | Superior Vision Hcclaimpmt 091000012964050 | | 9488607116 |
| Mar 18 | -243.00 | Fsl Admin Faa 1007028220 032989912024031 | | 9488572427 |
| Mar 19 | 1,010.10 | Block Vision Of Hcclaimpmt 091000013079423 | | 9488268626 |
| Mar 19 | 780.00 | Faa - Cigna 1007035925 033048132024031 | | 9488194834 |
| Mar 20 | 247.00 | Faa Admin 1007045623 033200432024031 | | 9488757409 |
| Mar 21 | 3,017.12 | Vision Service P Corp Pymnt 9407566318 | | 9488690209 |
| Mar 21 | 1,320.13 | Avesis Third Par Avesis Thi | | 9488633320 |
| Mar 21 | 135.51 | Eyemed Vision 1007054724 033328672024032 | | 9488671658 |
| Mar 22 | 291.60 | Tmhp Hcclaimpmt 240315 318387301 | | 9488758680 |
| Mar 22 | 0.12 | Payspan Acctverify 240321 | | 9488133203 |
| Mar 26 | 1,049.26 | Block Vision Of Hcclaimpmt 091000013529882 | | 9488903625 |
| Mar 26 | 360.00 | Davis Vision Hcclaimpmt 091000013517745 | | 9488903785 |
| Mar 26 | 148.00 | Superior Vision Hcclaimpmt 091000013518561 | | 9488903730 |
| Mar 27 | 1,068.30 | Block Vision Of Hcclaimpmt 091000013606556 | | 9488942746 |
| Mar 28 | 2,580.13 | Avesis Third Par Avesis Thi | | 9488354396 |
| Mar 28 | 1,242.38 | Block Vision Of Hcclaimpmt 091000013691380 | | 9488351659 |
| Mar 29 | 71.37 | Tmhp Hcclaimpmt 240322 318387301 | | 9488752131 |

Total Electronic Deposits: $30,526.35
Total Number of Electronic Deposits: 44

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank | Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|---|---|---|---|
| Mar 04 | 757.53 | 1732 | 0320358012 | Mar 15 | 4,177.00 | 1735 | 0320175187 |
| Mar 11 | 2,047.72 | 1733 | 0320318079 | Mar 27 | 4,954.06 | 1736 | 0320145495 |
| Mar 14 | 6,561.62 | 1734 | 0320146180 | Mar 29 | 2,200.00 | 1737 | 0320163841 |

Total Paper Deposits: $20,697.93
Total Number of Paper Deposits: 6

*Handwritten annotations:*
TV - 6500.00
CK5 - 61.62
CKS 757.53
CKS 2,047.72
TV - 3600.00
CKS - 5TT
TV - 3700.00
CKS - 1259.06
TV 2,200.00

502738.3-644.2b



# Statement of Account



**Basic Business Checking statement**
March 1, 2024 to March 31, 2024

## Basic Business Checking:        7702

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Mar08 | -522.56 | New York Eye Amityville NY 8888 | MS10309360 |
| Mar08 | -3.22 | El Rancho #10655 W Illino Dallas TX 8888 | MP10308186 |
| Mar12 | -426.37 | Spectrum 855-707-7328 MO 8888 | MS10309041 |
| Mar12 | -108.00 | Coopervision We Victor NY 8888 | MS10309547 |
| Mar14 | -97.26 | Sq *bma Systems 877-417-4551 TX 8888 | MS10300891 |
| Mar14 | -110.00 | Sams Club #8282sam's Club Dallas TX 8888 | MP10305081 |
| Mar14 | -113.15 | Samsclub #82822900 W Whea Dallas TX 8888 | MP10304688 |
| Mar15 | -94.76 | Office DE 1201 N. High Waxahachie TX 8888 | MP10303057 |
| Mar18 | -1.00 | Pivotal Buying 8008192084 TX 8888 | MS10308231 |
| Mar20 | -32.42 | Sq *bma Systems Gosq.com TX 8888 | MS10304682 |
| Mar21 | -2,561.45 | Alcon Laborator Wilmington DE 8888 | MS10305881 |

**Total ATM/Debit Card Withdrawals: -$4,070.19**

**Total Number of ATM/Debit Card Withdrawals: 11**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|------------|------|
| Mar 01 | -10,887.07 | ADP Wage Pay Wage Pay 240301 629067852890n4d | | 9488125686 |
| Mar 01 | -3,164.24 | ADP Tax ADP Tax 240301 R4n4d 030105a01 | | 9488427004 |
| Mar 04 | -205.08 | ADP 401k ADP 401k 240304 R4n4d 030105v02 | | 9488063542 |
| Mar 05 | -80.19 | Partners Ca9523d ACH Paymts 240305 50434 | | 9488245442 |
| Mar 05 | -48.40 | Partners Ca9523d ACH Paymts 240305 51514 | | 9488245444 |
| Mar 05 | -43.24 | Partners Ca9523d ACH Paymts 240305 50749 | | 9488245440 |
| Mar 05 | -42.62 | Partners Ca9523d ACH Paymts 240305 51056 | | 9488245446 |
| Mar 08 | -4,800.00 | Brixmor Property Purchase 240306 20852177 | | 9488212409 |
| Mar 08 | -85.49 | ADP Payroll Fees ADP Fees 240308 930332458720 | | 9488450737 |
| Mar 15 | -509.16 | Nmef 2021-a Auth Payme 240315 G-197f37ebaf164 | | 9488117391 |
| Mar 18 | -6.95 | Comerica Online Billingfee Ckf766213346pos | | 9488071685 |
| Mar 18 | -12,360.58 | ADP Wage Pay Wage Pay 240318 744069940445n4d | | 9488552866 |
| Mar 18 | -3,952.90 | ADP Tax ADP Tax 240318 R4n4d 031506a01 | | 9488299456 |
| Mar 19 | -205.08 | ADP 401k ADP 401k 240319 R4n4d 031506v02 | | 9488894788 |
| Mar 19 | -88.00 | Corporate Servic Receivable T016159 | | 9488043848 |
| Mar 21 | -281.33 | Eyefinity, Inc. Corp Pymnt | | 9488099878 |
| Mar 25 | -298.91 | Account Services Cash Trans (844) 588-9523 | | 9488524834 |
| Mar 29 | -85.49 | ADP Payroll Fees ADP Fees 240329 465071067087 | | 9488757607 |
| Mar 29 | -35.53 | ADP Payroll Fees ADP Fees 240329 450059778392 | | 9488758057 |

**Total Electronic Withdrawals: -$37,180.26**
**Total Number of Electronic Withdrawals: 19**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|---|----------------------|
| Mar01 | -2,000.00 | Withdrawal | *transfer to Chase acct.* | 0320220759 |

**Total Other Withdrawals: -$2,000.00**
**Total Number of Other Withdrawals: 1**

502738.3-644.3



# Statement of Account

*Basic Business Checking* statement
March 1, 2024 to March 31, 2024

## Basic Business Checking:          7702

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Mar 13 | -9.90 | Service Charge | 0000021979 |

Total Fees and Service Charges: -$9.90
Total Number of Fees and Service Charges: 1

### $ Lowest daily balance

Your lowest daily balance this statement period was **$190.41**
on **March 1, 2024**.

502738-3-644.3b

## Statement of Account



**Basic Business Checking statement**
**March 1, 2024 to March 31, 2024**

# Basic Business Checking: '702

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
#### Reporting Errors and Unauthorized Transactions
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender  Rev. 10-23

www.comerica.com

MEMBER FDIC



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024
Account Number:                2027



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00078756 DRE 201 219 09024 NNNNNNNNNNN  1 000000000 64 0099
HOLD - RETURN MAIL
TRUEVISION COMPLETE EYE-CARE P.A.
911 WYNNEWOOD VILLAGE SHP CTR
DALLAS TX 75224-1833

## Good news: We've eliminated the non-Chase ATM fee for inquiries and transfers

As of December 10, 2023, we no longer charge the $3 transaction fee for each balance inquiry or balance transfer made at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM, unless your account is eligible for a waiver.[1]

Surcharge fees from the ATM owner/network may still apply. We don't charge these fees when you use a Chase ATM.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]We waive this fee for Chase Business Complete Checking ® accounts with Chase Military Banking Benefits, Chase Platinum Business SM Checking, Chase Performance Business Checking ® and Chase Analysis Business Checking SM accounts.

## CHECKING SUMMARY   Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $7,119.91 |
| Deposits and Additions | 22 | 35,257.70 |
| Checks Paid | 14 | -37,285.53 |
| ATM & Debit Card Withdrawals | 1 | -9.99 |
| Electronic Withdrawals | 5 | -5,010.88 |
| Fees | 1 | -25.00 |
| Ending Balance | 43 | $46.21 |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.



CHASE ⬡

March 01, 2024 through March 29, 2024

Account Number:                    2027

### How to Avoid the Monthly Service Fee (MSF)

If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $47.03.
- $2,000 Chase Payment Solutions℠ Activity: $33,546.73 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01 | Deposit     1198620911 | $2,000.00 |
| 03/01 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240301 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022147668 Eed:240301  Ind ID:5926637 Ind Name:Truevision Trn: 0612147668Tc | 574.00 |
| 03/04 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240304 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000028864033 Eed:240304  Ind ID:5926637 Ind Name:Truevision Trn: 0648864033Tc | 1,712.10 |
| 03/05 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240305 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000021216255 Eed:240305  Ind ID:5926637 Ind Name:Truevision Trn: 0651216255Tc | 996.00 |
| 03/06 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240306 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025545207 Eed:240306  Ind ID:5926637 Ind Name:Truevision Trn: 0665545207Tc | 1,967.90 |
| 03/07 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240307 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000028825123 Eed:240307  Ind ID:5926637 Ind Name:Truevision Trn: 0678825123Tc | 2,111.00 |
| 03/08 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240308 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025606117 Eed:240308  Ind ID:5926637 Ind Name:Truevision Trn: 0685606117Tc | 1,339.00 |
| 03/11 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240311 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000023952936 Eed:240311  Ind ID:5926637 Ind Name:Truevision Trn: 0713952936Tc | 2,065.00 |
| 03/12 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240312 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000024841379 Eed:240312  Ind ID:5926637 Ind Name:Truevision Trn: 0724841379Tc | 2,048.00 |
| 03/13 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240313 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022660612 Eed:240313  Ind ID:5926637 Ind Name:Truevision Trn: 0732660612Tc | 3,352.00 |
| 03/14 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240314 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025351967 Eed:240314  Ind ID:5926637 Ind Name:Truevision Trn: 0745351967Tc | 1,161.00 |
| 03/15 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240315 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000029470446 Eed:240315  Ind ID:5926637 Ind Name:Truevision Trn: 0759470446Tc | 3,297.00 |
| 03/18 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240318 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000028557212 Eed:240318  Ind ID:5926637 Ind Name:Truevision Trn: 0788557212Tc | 3,002.00 |
| 03/19 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240319 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025937085 Eed:240319  Ind ID:5926637 Ind Name:Truevision Trn: 0795937085Tc | 1,587.36 |
| 03/20 | Orig CO Name:Paymentech          Orig ID:1020401225 Desc Date:240320 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000024625186 Eed:240320  Ind ID:5926637 Ind Name:Truevision Trn: 0804625186Tc | 1,287.34 |



March 01, 2024 through March 29, 2024
Account Number:                    2027

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/21 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240321 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025479678 Eed:240321  Ind ID:5926637 Ind Name:Truevision Trn: 0815479678Tc | 843.00 |
| 03/22 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240322 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000028568376 Eed:240322  Ind ID:5926637 Ind Name:Truevision Trn: 0828568376Tc | 738.00 |
| 03/25 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240325 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000025356761 Eed:240325  Ind ID:5926637 Ind Name:Truevision Trn: 0855356761Tc | 608.00 |
| 03/26 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240326 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000023293929 Eed:240326  Ind ID:5926637 Ind Name:Truevision Trn: 0863293929Tc | 1,082.00 |
| 03/27 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240327 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022637875 Eed:240327  Ind ID:5926637 Ind Name:Truevision Trn: 0872637875Tc | 1,049.00 |
| 03/28 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240328 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000028780617 Eed:240328  Ind ID:5926637 Ind Name:Truevision Trn: 0888780617Tc | 776.00 |
| 03/29 | Orig CO Name:Paymentech       Orig ID:1020401225 Desc Date:240329 CO Entry Descr:Deposit  Sec:CCD   Trace#:021000022824382 Eed:240329  Ind ID:5926637 Ind Name:Truevision Trn: 0892824382Tc | 1,662.00 |

**Total Deposits and Additions** **$35,257.70**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1243 ^ | *dr. garner* | 03/04 | $650.00 |
| 1249 * ^ | *Comerica - SBA Payment* | 03/12 | 1,500.00 |
| 1250 ^ | *transfer to payroll - Comerica* | 03/01 | 6,000.00 |
| 1251 ^ | *dr. garner* | 03/01 | 2,475.00 |
| 1252 ^ | *dr. garner* | 03/01 | 585.00 |
| 1253 ^ | *Inten. Optical Broker - frames* | 03/06 | 375.00 |
| 1254 ^ | *dr. garner* | 03/08 | 2,510.00 |
| 1255 ^ | *dr. garner* | 03/14 | 1,965.00 |
| 1256 ^ | *transfer to payroll - Comerica* | 03/14 | 6,500.00 |
| 1257 ^ | *transfer to payroll - Comerica* | 03/15 | 3,600.00 |
| 1258 ^ | *dr. garner* | 03/22 | 1,940.00 |
| 1259 ^ | *transfer to payroll - Comerica* | 03/27 | 3,700.00 |
| 1260 ^ | *dr. garner* | 03/29 | 3,285.53 |
| 1261 ^ | *transfer to payroll - Comerica* | 03/29 | 2,200.00 |

**Total Checks Paid** **$37,285.53**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | Card Purchase       03/26 Amazon Prime*Ra18L4AR 888-802-3080 WA Card 0436 | $9.99 |

**Total ATM & Debit Card Withdrawals** **$9.99**



CHASE

March 01, 2024 through March 29, 2024

Account Number:                    2027

## ATM & DEBIT CARD SUMMARY

Monica Tavera  Card 0436

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9.99 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $9.99 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Orig CO Name:Paymentech        Orig ID:1020401225 Desc Date:240304 CO Entry Descr:Fee    Sec:CCD    Trace#:021000028870568 Eed:240304  Ind ID:5926637 Ind Name:Truevision Trn: 0648870568Tc | $328.97 |
| 03/06 | 03/06 Online Transfer To Chk ...9306 Transaction#: 20075807754 | 100.00 |
| 03/08 | Orig CO Name:Brixmor Property     Orig ID:9049041531 Desc Date:240307 CO Entry Descr:Purchase  Sec:CCD   Trace#:043305135562599 Eed:240308   Ind ID:20852213 Ind Name:Iredia Joe Ekukp DR Telechk 800-697-9263 Trn: 0685562599Tc | 2,081.91 |
| 03/08 | 03/08 Online Domestic Wire Transfer A/C: Ross & Smith, PC IOLTA Trust Dallas TX 75201-7459 US Ref: Truevision Complete Eye Care PA Case 24 30108 Trn: 3428754068Es | 1,000.00 |
| 03/22 | 03/22 Online Transfer To Chk ...9306 Transaction#: 20231869888 | 1,500.00 |
| **Total Electronic Withdrawals** | | **$5,010.88** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | Online Domestic Wire Fee | $25.00 |
| **Total Fees** | | **$25.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $633.91 | 03/12 | 4,302.03 | 03/21 | 6,766.73 |
| 03/04 | 1,696.01 | 03/13 | 7,654.03 | 03/22 | 4,064.73 |
| 03/05 | 2,363.04 | 03/14 | 350.03 | 03/25 | 4,672.73 |
| 03/06 | 3,655.94 | 03/15 | 47.03 | 03/26 | 5,744.74 |
| 03/07 | 5,966.94 | 03/18 | 3,049.03 | 03/27 | 3,093.74 |
| 03/08 | 1,689.03 | 03/19 | 4,636.39 | 03/28 | 3,869.74 |
| 03/11 | 3,754.03 | 03/20 | 5,923.73 | 03/29 | 46.21 |



March 01, 2024 through March 29, 2024

Account Number:                    ›2027



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



March 01, 2024 through March 29, 2024
Account Number:                    2027

This Page Intentionally Left Blank